1
2
3
4                                                          JS-6
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  Albert Mario Herrera,        )  Case No. **CV 13-1166-JFW**
                                 )  [CR 11-824 JFW]
12              Petitioner,      )
                                 )  **JUDGMENT**
13       v.                      )
                                 )
14  United States of America,    )
                                 )
15              Respondent.      )
    _____ )
16

17       Pursuant to this Court's September 23, 2013 Order denying
18  Petitioner Albert Mario Herrera's motion under 28 U.S.C. §
19  2255 to vacate, set aside, or correct sentence by a person in
20  federal custody,
21       IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND
22  DECREED, that the above-captioned action is dismissed with
23  prejudice.
24       If Petitioner gives timely notice of an appeal, such
25  notice shall be treated as an application for a certificate
26  of appealability, 28 U.S.C. § 2253(c), which will not issue
27  because Petitioner has failed to make a substantial showing
28  of the denial of a constitutional right, as stated in the
    Court's Order denying Petitioner Albert Mario Herrera's

motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody.

Dated: September 23, 2013       _____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE