JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Albert Mario Herrera, | ) | Case No. **CV 13-1166-JFW** |
| | ) | [CR 11-824 JFW] |
| Petitioner, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to this Court's September 23, 2013 Order denying Petitioner Albert Mario Herrera's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that the above-captioned action is dismissed with prejudice.

If Petitioner gives timely notice of an appeal, such notice shall be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which will not issue because Petitioner has failed to make a substantial showing of the denial of a constitutional right, as stated in the Court's Order denying Petitioner Albert Mario Herrera's

motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody.

Dated: September 23, 2013       _____
                                        JOHN F. WALTER
                                UNITED STATES DISTRICT JUDGE